# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLAVIN JUSTAN IVY, | |
| Plaintiff, | Civil Action No. 17-42 |
| v. | Judge Cathy Bissoon |
| | Magistrate Judge Maureen P. Kelly |
| MERCER COUNTY DISTRICT ATTORNEY'S OFFICE, *et al.*, | |
| Defendants. | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636 and Local Rule of Civil Procedure 72.

On July 27, 2017, the Magistrate Judge issued a Report (Doc. 16) recommending that the civil action be stayed pending the outcome of Plaintiff's criminal proceedings in state court including any appeals and post-conviction proceedings. The Report and Recommendation was served on the parties, and Plaintiff has filed Objections. See Doc. 19.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Plaintiff's case is hereby **STAYED** pending the final disposition of Plaintiff's criminal case in the Court of Common Pleas of Mercer County, including any appeals and post-conviction procedures. The Magistrate Judge's Report and Recommendation hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

September 6, 2017                    s/Cathy Bissoon
                                     Cathy Bissoon
                                     United States District Judge

cc (via ECF email notification):

All counsel of record


cc (via First-Class, U.S. Mail):

GLAVIN JUSTAN IVY
NA 8177
SCI Camp Hill
P.O. Box 200
Camp Hill, PA 17001